AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

SEP - 8 2015

David J. Bradley, Clerk

United States of America
v.

Yerica Rubi OSTOS
USC, YOB: 1994

Defendant(s)

Case No. M-15-1551-M

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **9/7/2015** in the county of **Hidalgo** in the **SOUTHERN** District of **TEXAS**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a) (1) | Knowingly and intentionally possess with intent to distribute approximately 355 kilograms of marijuana, a schedule I controlled |

This criminal complaint is based on these facts:

On September 7, 2015 at approximately 5:00, PM, US Border Patrol Agents conducting linewatch operations in the Santa Ana Wildlife Refuge in Alamo, TX observed a group of several subjects carrying what appeared to be narcotics from the Rio Grande River area. A few moments later, the Agents observed a vehicle departing the area at a high rate of speed. Agents conducted a vehicle stop on the vehicle which immediately yielded to the Agents.

(Continued on Attachment I)

☑ Continued on the attached sheet.

Approved
Joseph Leonard

_____
Complainant's signature

Dane Sorensen, DEA Special Agent
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: Sept. 8, 2015

_____
Judge's signature

City and state: McAllen, Texas

Peter E. Ormsby, Magistrate Judge
_____
Printed name and title

Attachment I

Upon approaching the vehicle, Agents were able to observe bundles of marijuana inside the vehicle. The driver identified as Yerica Rubi OSTOS was placed under arrest and a search of the interior of the vehicle resulted in the discovery of six (6) bundles of marijuana weighing approximately 355 lbs. (161.44 kg).

That same day, DEA Agents responded to the Weslaco Border Patrol Station in order to interview OSTOS. OSTOS was read her Miranda Rights and agreed to speak with agents without an attorney being present. During the interview, OSTOS stated that she had met an individual she referred to as SMILEY, who offered OSTOS work picking up and transporting bundles of marijuana from the Rio Grande River area to an unknown destination. OSTOS stated that she agreed to transport marijuana in exchange for $1,000.00 US currency because she needed the money. OSTOS stated that she utilized her own vehicle to drive to the area as instructed by SMILEY. OSTOS stated that when she arrived to the area, several subjects carrying bundles of marijuana met her and loaded the bundles into her vehicle. OSTOS stated that as soon as the bundles of marijuana had been loaded into her vehicle, she quickly departed but was soon after stopped and arrested by the Border Patrol.